741 P.2d 348

**Tharon RAWSON, individually and as Guardian Ad Litem for her minor children, Seth Rawson and Cindy Rawson, heirs of John R. Rawson, deceased, Plaintiff-Appellant,**

v.

**UNITED STEELWORKERS OF AMERICA, an unincorporated association, Defendant-Respondent.**

**Berniece JOHNSON, individually and as Guardian Ad Litem for Michael Wayne Johnson, Ruth Ellen Johnson and John Russell Johnson, Plaintiff-Appellant,**

v.

**UNITED STEELWORKERS OF AMERICA, an unincorporated association, Defendant-Respondent.**

**Laura DUNBAR, as Guardian Ad Litem for Rickina Rossiter and Glen Raymond Rossiter, Jr., minor children and heirs of Glen Raymond Rossiter, Plaintiff-Appellant,**

v.

**UNITED STEELWORKERS OF AMERICA, an unincorporated association, Defendant-Respondent.**

**Mary WOOD, as Guardian Ad Litem for Leslie D. Wood, her minor child, heir of Don B. Wood, deceased, Plaintiff-Appellant,**

v.

**UNITED STEELWORKERS OF AMERICA, an unincorporated association, Defendant-Respondent.**

**No. 15338.**

Supreme Court of Idaho.

July 23, 1987.

**ORDER ON MANDATE OF UNITED
STATES SUPREME COURT**

This Court having issued its Opinion in this appeal on September 4, 1986, 111 Idaho 630, 726 P.2d 742; and a PETITION FOR WRIT OF CERTIORARI to the United States Supreme Court having been granted

June 1, 1987, —— U.S. ——, 107 S.Ct. 2475, 96 L.Ed.2d 368; a MANDATE having been issued by the United States Supreme Court on July 7, 1987 vacating the judgment of this Court and remanding the case for further consideration in light of the Opinion in *International Brotherhood of Electrical Workers, AFL–CIO v. Hechler*, 481 U.S. ——, 107 S.Ct. 2161, 95 L.Ed.2d 791 (1987).

NOW THEREFORE IT IS HEREBY ORDERED that pursuant to the Mandate of the United States Supreme Court the Remittitur heretofore issued by the Court on the 23rd day of October, 1986 be, and it hereby is, VACATED and the Court hereby reasserts jurisdiction of this appeal.

IT IS FURTHER ORDERED, that the appeal will be reheard and reconsidered in light of the Opinion in *International Brotherhood of Electrical Workers, AFL–CIO v. Hechler*, 481 U.S. ——, 107 S.Ct. 2161, 95 L.Ed.2d 791 (1987).

IT IS FURTHER ORDERED, that Appellants shall have twenty-eight (28) days from the date of this Order to file a Supplemental Appellants' Brief, that Respondent shall have twenty-one (21) days from the date of filing of Appellants' Supplemental Brief to file a Supplemental Respondent's Brief and that Appellants shall have fourteen (14) days after the date of filing of Respondent's Supplemental Brief to file any Supplemental Reply Brief.

IT IS FURTHER ORDERED, that upon the filing of Briefs of the parties this appeal will be scheduled for re-argument.